IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEIF'S AUTO COLLISION CENTERS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN FAMILY INSURANCE GROUP, INC., | Civil No. 06-1485-PK<br><br>O R D E R |

    David S. Aman
    Tonkon Torp LLP
    888 S.W. Fifth Avenue, Suite 1600
    Portland, Oregon  97204-2099

        Attorney for Plaintiff

    Holly E. Pettit
    Ronald J. Clark
    Bullivant Houser Bailey, PC
    300 Pioneer Tower
    888 S.W. Fifth Avenue
    Portland, Oregon  97204

        Attorneys for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on July 9, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#21).

IT IS HEREBY ORDERED that this action is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(2).

DATED this 26 day of July, 2007.

_____
GARR M. KING
United States District Judge

Page 2 - ORDER